# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TYRONE DAVIDSON  
425 WASHINGTON  
ROCKFORD, IL  61104

SSN-xxx-xx-6412

Case Number: 04-76270

Case filed on: 12/21/2004  
Plan Confirmed on: 3/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,162.69          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | KRISTINE E. WATSON, ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TYRONE DAVIDSON | 0.00 | 0.00 | 1,238.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,238.69 | 0.00 |
| 001 | LASALLE BANK ET AL | 8,618.74 | 8,618.74 | 8,618.74 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 7,823.70 | 7,823.70 | 7,823.70 | 1,956.79 |
| 003 | HERITAGE CREDIT UNION | 3,758.37 | 3,758.37 | 3,758.37 | 429.71 |
|  | Total Secured | 20,200.81 | 20,200.81 | 20,200.81 | 2,386.50 |
| 002 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 3,986.66 | 3,986.66 | 691.38 | 0.00 |
| 005 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | TCF NATIONAL BANK | 64,150.90 | 0.00 | 0.00 | 0.00 |
| 007 | NATIONAL CAPITAL MANAGEMENT LLC | 4,697.31 | 4,697.31 | 814.64 | 0.00 |
| 008 | FORD MOTOR CREDIT COMPANY | 16,537.18 | 16,537.18 | 2,867.96 | 0.00 |
| 009 | BECKET & LEE, LLP | 3,691.45 | 3,691.45 | 640.19 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 25.00 | 25.00 | 4.34 | 0.00 |
|  | Total Unsecured | 93,088.50 | 28,937.60 | 5,018.51 | 0.00 |
|  | Grand Total: | 114,653.31 | 50,502.41 | 27,822.01 | 2,386.50 |

Total Paid Claimant:   $30,208.51  
Trustee Allowance:   $1,954.18  
Percent Paid Unsecured:   17.34

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan